UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 23 AM 9:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Humberto CORTEZ-Ortiz**<br>Defendant. | Magistrate Case No. '08 MJ 2232<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **April 28, 2008**, within the Southern District of California, defendant, **Humberto CORTEZ-Ortiz**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent;
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **23rd** DAY OF **July 2008.**

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On **Monday, April 28, 2008**, the defendant identified as, **Humberto CORTEZ-Ortiz,** was apprehended by the United States Border patrol near San Ysidro, California. Subsequently, the defendant was placed under arrest and transferred to the Imperial Beach Border Patrol Station for further processing. The defendant was arrested for illegal entry and violation of Section 3056 of the California Penal Code, "Parole Violation". The defendant was booked into County Jail where a Border Patrol Agent placed an Immigration Hold (I-247) pending his release from custody.

On July 22, 2008, the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant, **Humberto CORTEZ-Ortiz,** has been ordered removed from the United States by an Immigration Judge on or about September 3, 2003 and removed to Mexico, via the San Ysidro, Port of Entry on July 4, 2007. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, **Humberto CORTEZ-Ortiz,** a citizen and national of Mexico.